IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC SMILER,

    Plaintiff,

v.

UNUM GROUP, and DOES 1–20, inclusive,

    Defendants.

No. C 13-02623 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

In response to plaintiff's letter of December 23, 2013, the Court **SETS** a three-hour meet-and confer to commence at **8:00 A.M. AND CONTINUING TO 11:00 A.M. ON FRIDAY, DECEMBER 27, 2013**, in the Court's jury room in the San Francisco courthouse. At **11:00 A.M.**, the Court shall hear any remaining unresolved discovery issue(s). Defendant's response is due by 3:00 p.m. on December 26. Please buzz chambers at 8:00 a.m. on December 27 to be let into the jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: December 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE