IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC SMILER,

    Plaintiff,

  v.

UNUM GROUP,

    Defendant.

No. C 13-02623 WHA

**ORDER TO SHOW CAUSE RE DISCOVERY DISPUTE AND DENIAL OF RELIEF**

    On December 23, Attorney Beau Burbidge, counsel for plaintiff Eric Smiler, submitted a letter request to the undersigned judge to order "prompt" and "immediate" relief in a discovery dispute. A discovery conference was then set for today, Friday, December 27, to convene at 8:00 a.m. (Dkt. No. 26). It is now 90 minutes past the appointed time. Mr. Burbidge has not appeared nor has anyone from his firm. On the other hand, defense counsel has timely appeared and has been patiently waiting. The undersigned judge called Mr. Burbidge at his office and heard a message which stated that his office is closed for the Christmas holiday. In these circumstances, the Court will send defense counsel back to his office so as to reduce any further waste.

    Mr. Burbidge is **ORDERED TO SHOW CAUSE** as to why he should not pay $400 to cover the expenses of opposing counsel's travel to and from the Court. A hearing on the order to show cause will be held on January 9, 2014, at 11:00 a.m. unless Mr. Burbidge pays opposing counsel

$400 prior to that time. Meanwhile, plaintiff's motion for relief is **DENIED** for lack of prosecution.

**IT IS SO ORDERED.**

Dated: December 27, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2