IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC SMILER,

    Plaintiff,

  v.

UNUM GROUP,

    Defendant.

No. C 13-02623 WHA

**SECOND ORDER RE DISCOVERY DISPUTE**

The Court has received Mr. Burbidge's response to the order to show cause. Mr. Burbidge requested "prompt" and "immediate" action on December 23. Thus, the Court scheduled a discovery hearing for December 27. It is Mr. Burbidge's own fault that he did not consult with his own computer to learn of the promptly-scheduled discovery conference and thus causing defense counsel to incur needless expenses.

The Court expects Mr. Burbidge to do the right thing and immediately pay opposing counsel $400 to compensate him for those expenses. The parties shall file a joint statement by **JANUARY 1, 2014, AT NOON**, stating that the $400 has been paid. If the statement is not filed, Mr. Burbidge must appear at the order to show cause hearing on January 9, 2014. Plaintiff's discovery motion is denied for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 27, 2013.

                                                WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE