| | |
|---|---|
| 1 | FRANCIS TORRENCE (SBN 154653) |
| 2 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor<br>San Francisco, California 94105 |
| 4 | Telephone:   (415) 433-0990<br>Facsimile:   (415) 434-1370 |

Attorneys for Defendants, Provident Life and Accident Insurance Company, erroneously sued as UNUM GROUP

WALTER H. WALKER, III (SBN 63117)
BEAU R. BURBIDGE (SBN 267267)
WALKER, HAMILTON & KOENIG LLP
50 Francisco Street, Suite 460
San Francisco, CA 94144
Telephone:   (415) 986-3339
Facsimile:   (415) 986-1618

Attorneys for Plaintiff ERIC SMILER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC SMILER,<br><br>           Plaintiff,<br>    v.<br><br>UNUM GROUP, and DOES 1-20, inclusive,<br><br>           Defendants. | Case No. C13-02623 WHA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE MEDIATION DEADLINE TO JANUARY 31, 2014** |

Plaintiff ERIC SMILER ("Plaintiff") and defendant PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, erroneously sued as UNUM GROUP ("Defendant"), respectfully submit that good cause exists to continue the existing deadline to conduct a mediation from December 31, 2013 to January 31, 2014. Accordingly, the parties submit the following Stipulation and Proposed Order.

The Court previously instructed the parties to agree upon a mediator and to complete the mediation by December 31, 2013. The parties selected and agreed to Hon. Chiantelli to serve as the mediator in this case. In early October, Plaintiff's counsel obtained several dates for Judge Chiantelli's availability within the time frame set by this Court, but received no response from

1 Defendant's counsel regarding those dates.  Plaintiff's counsel again obtained several available dates
2 for Judge Chiantelli in early November, however, Defendant's counsel was unable to agree to these
3 dates due to the fact that there was a restafffing for the in-house attorney assigned to the case.  The
4 new in-house attorney needed time to come up to speed on the new case and also needed to find the
5 time in her schedule to not only permit attendance at the mediation, but also to permit the time for
6 trans-continenntal travel to and from Maine to the Bay area.  This proved particularly problematic
7 during the winter holiday season.

8       The parties have found a mutually available date with Judge Chiantelli of January 31, 2014.
9 They have reserved that date in the hopes the Court permits them to conduct the mediation on that
10 date.

11       Additionally, the in-house attorney and plaintiff's counsel are engaging in their own direct
12 negotiations independent of and in advance of the mediation.

13       The parties are aware of the Court's distaste for continuing pretrial deadines, but respectfully
14 request the opportunity to extend this deadline by one month so that the parties can approach
15 settlement discussions with the assistance of Judge Chiantelli.  The parties also apologize for any
16 inconvenience caused to the Court by this request.

17
18       WALKER, HAMILTON & KOENIG LLP
19
20 Dated:  December 31, 2013          By:   /s/ Beau R. Burbidge
                                                Walter H. Walker, III
21                                                 Beau R. Burbidge
                                                Attorneys for Plaintiff ERIC SMILER
22
23       WILSON, ELSER, MOSKOWITZ, EDELMAN &
      DICKER LLP
24
25 Dated:  December 31, 2013          By:   /s/ Francis Torrence
                                                  Francis Torrence
26                                                 Attorneys for Defendants, Provident Life
27                                                 and Accident Insurance Company, erroneously
                                                sued as UNUM GROUP
28

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 31, 2013.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE